**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-1167**

FLORDELIZA A. HAWKINS,

     Plaintiff - Appellant,

   v.

COURT OF COMMON PLEAS OF ANDERSON SOUTH CAROLINA; SUNTRUST BANK; JOSEPH PARTAIN,

     Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Anderson.  Donald C. Coggins, Jr., District Judge.  (8:20-cv-03432-DCC)

Submitted:  August 24, 2021        Decided:  August 26, 2021

Before NIEMEYER and HARRIS, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Flordeliza A. Hawkins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Flordeliza A. Hawkins appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Hawkins' 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*